ANTHONY O'BOYLE v. PHILIP WOODS, Appellant, and A. SIDNEY DAVISON, Respondent.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NATHAN KATZMAN v. VANITY FABRICS CORPORATION.— Application denied with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HAIKU FRUIT AND PACKING CO., LTD., v. BERNARD KARP.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SOLOMON BLOOM v. WROUGHT IRON NOVELTY CORPORATION.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SCHOLZ POWERS COMPANY, INC., v. ADOLPH TREIDLER.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

IRVING REGEN v. EDWARD MORRIS.— Application denied, with ten dollats costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LESLIE LEVI, Doing Business, etc., v. L. A. THOMPSON SCENIC RAILWAY COMPANY.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANTHONY O'BOYLE v. PHILIP WOODS and A. SIDNEY DAVISON.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE SPOTLESS COMPANY v. COMMERCIAL TRUST COMPANY.— Application granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOSEPH CENTOLA and Others v. ITALIAN DISCOUNT AND TRUST COMPANY.— Application granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANTHONY FERRIS v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and Proskauer, JJ.

SPENCER WATERS v. MARGARET A. HALL, Formerly MARGARET A. HUNTINGTON, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and Proskauer, JJ.

FREDERICK S. DICKINSON and Another v. JOHN SPRINGER and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ERNEST M. CHAPIN v. GEORGE E. LEARNARD.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

ARCHIBALD & LEWIS COMPANY v. GEORGES VEMIAN, Impleaded with SOCIETE ANONYME LEU & COMPAGNIE.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

CHARLES W. HODELL and Others, as Trustees, etc., v. TOWER'S STORES, INCORPORATED.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GERALD M. LIVINGSTON and Another, as Executors, etc., of CRAWFORD LIVINGSTON, Deceased, v. HERBERT V. FALK and Another.— Motion denied,

with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ERSKINE HEWITT, as Substituted Trustee, etc., v. THE FARMERS' LOAN AND TRUST COMPANY, as Executor, etc., and SARAH COOPER HEWITT and Others, as Executors, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THOMAS SHOTKIN v. HENRIETTA P. ASHTON.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and Proskauer, JJ.

KEYSTONE HARDWARE CORPORATION v. PATRICK TAGUE.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARSTEIN HOLDING CORPORATION v. ABRAHAM M. PARISER and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and Proskauer, JJ.

PERCIVAL WILDS, as Trustee in Bankruptcy, etc., v. LEBANON NATIONAL BANK, a Corporation.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE LILEOL CORPORATION v. THE FERONIA HOLDING COMPANY, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BANQUE BELGE POUR L'ETRANGER v. THE NATIONAL CITY BANK OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LACE SELLING COMPANY v. BARNET SHAPIRO and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and Proskauer, JJ.

NICHOLAS BUCCI, as Receiver, etc., v. ALEXANDER T. HUSSEY, Substituted as Defendant in Place and Stead of EMPIRE TRUST COMPANY.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WALTER A. TAYLOR and Others v. MAX KURZROK and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and Proskauer, JJ.

JOHN MACGINNISS v. IRVING NATIONAL BANK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMPIRE CITY SUBWAY COMPANY, LTD., v. STATE TAX COMMISSION and THE CITY OF NEW YORK. THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMPIRE CITY SUBWAY COMPANY, LTD., v. STATE TAX COMMISSION and THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHARLIE E. EWELL v. ANNIE P. EWELL and Another, as Executrices, etc., of JAMES L. EWELL, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

HENRY E. MOORE v. WILLIAM R. JONES and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE FARMERS' LOAN AND TRUST COMPANY, as Substituted Trustee, etc., v.